110 A.3d 703

Kathy FULLER, et al.

v.

REPUBLICAN CENTRAL COMMITTEE
OF CARROLL COUNTY, Maryland.

No. 92, Sept. Term, 2014.

Court of Appeals of Maryland.

March 2, 2015.

H. Mark Stichel (Jack L.B. Gohn, Gohn, Hankey, Stichel & Berlage, LLP, Baltimore, MD), on brief, for appellants.

Dirk D. Haire, Jessica V. Haire (Sean Milani-nia, Ryan D. Stalnaker, Fox Rothschild LLP, Washington, DC), on brief, for appellee.

Brian E. Frosh, Attorney General of Maryland, Julia Doyle Bernhardt, Assistant Attorney General, Baltimore, on brief, for Amicus Curiae Attorney General of Maryland.

Argued before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 2nd day of March, 2015,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Carroll County be, and it is hereby, affirmed, and it is further

ORDERED, that the temporary restraining Order issued in this Court be, and it is hereby, lifted, and it is further

ORDERED, costs in this Court to be paid by Appellants.